# EXHIBIT A

THE PLAINTIFF, MR. CRAVEN RANDALL CASPER'S, ORIGINAL COMPLAINT AND APPLICATION FOR PRELIMINARY INJUNCTION; AND PERMANENT INJUNCTION; DEMAND FOR ACCOUNTING: AUDIT DEMAND; REQUEST FOR EXPEDITED DISCOVERY; COUNTS I-XIII, CERTIFICATE OF SERVICE; AND EXHIBITS A - K.

| Page 368 of 379

Case 1:17-cv-00826-LCB-LPA   Document 1-1   Filed 09/15/17   Page 1 of 5

# United States of America
## United States Patent and Trademark Office

# RANDY CANDY

**Reg. No. 4,418,324**  
**Registered Oct. 15, 2013**  
**Int. Cl.: 25**

**TRADEMARK**  
**PRINCIPAL REGISTER**

CRAVEN RANDALL CASPER (UNITED STATES INDIVIDUAL), AKA RANDALL CASPER
SUITE 800
2101 L STREET
WASHINGTON, DC 20036

FOR: T-SHIRTS; WEARABLE GARMENTS AND CLOTHING, NAMELY, SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-14-2012; IN COMMERCE 12-14-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-872,265, FILED 3-11-2013.

JACQUELINE ABRAMS, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



TSDR now includes a Post Registration Maintenance Tab. When viewing a Registered mark, users will now find a new 3rd tab providing Post Registration information next to the "Status" and "Document" tabs below the search text box. The tab will not appear if the mark is not registered.

STATUS  DOCUMENTS  MAINTENANCE

Generated on: This page was generated by TSDR on 2017-05-07 13:16:16 EST

Trademark Docs: 9
Assignments Docs: 0
Proceedings Docs: 0

## Trademark Documents

| Select All ☐ | Create/Mail Date | Document Description | Document Type |
|---|---|---|---|
| ☐ | Oct 15, 2013 | Registration Certificate | TIFF |
| ☐ | Jul 30, 2013 | OG Publication Confirmation | XML |
| ☐ | Jul 10, 2013 | Notice of Publication | XML |
| ☐ | Jul 10, 2013 | Notification Of Notice of Publication | XML |
| ☐ | Jun 21, 2013 | TRAM Snapshot of App at Pub for Oppositn | MULTI |
| ☐ | Jun 20, 2013 | XSearch Search Summary | XML |
| ☐ | Mar 11, 2013 | Drawing | JPEG |
| ☐ | Mar 11, 2013 | Specimen | JPEG |
| ☐ | Mar 11, 2012 | TEAS Plus New Application | MULTI |

- Proceedings Documents - None recorded
- Assignments Documents - None recorded